Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
Lola M. Lewis

Case No.: _____16-14448_____

Judge: _____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   ☒ Discharge Sought

☐ Motions Included   ☐ Modified/No Notice Required   ☐ No Discharge Sought

Date: _____07/26/2016_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|
| a. The debtor shall pay $ _____80.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____08/01/2016_____ for approximately _____32_____ months.<br><br>b. The debtor shall make plan payments to the Trustee from the following sources:<br><br>  ☒  Future earnings<br><br>  ☐  Other sources of funding (describe source, amount and date when funds are available): |

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 202 Gray Ave., Egg Harbor Twp., NJ 08234
Proposed date for completion: _____06/01/2016_____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____560.71_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____Select Portfolio Servicing, Inc._____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| D'Arcy Johnson Day, P.C. | Counsel Fee | $2,500.00 |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
ABCO Federal Credit Union
Capital One Auto Finance (Debtor is a co-signer)

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:  Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal***, within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:    Other Plan Provisions**

    **a. Vesting of Property of the Estate**

        ☒   Upon confirmation

        ☐   Upon discharge

    **b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c.  Order of Distribution**

The Trustee shall pay allowed claims in the following order:

    1) Trustee commissions
    2) Priority claims
    3) unsecured claims
    4) _____

    **d.  Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____03/04/2016_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor is a co-signer for a secured loan with Capital One Auto Finance. | Capital One Auto Finance was added to Part 4d. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 07/26/2016                              /s/ Bruno Bellucci, III
                                              Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 07/26/2016                              /s/ Lola Lewis
                                              Debtor

Date: _____                  _____
                                              Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 16-14448-JNP
Lola M. Lewis                                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Aug 03, 2016
                               Form ID: pdf901          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db          +Lola M. Lewis,    202 Gray Ave.,    Egg Harbor Township, NJ 08234-9529
cr          +Select Portfolio Servicing, Inc. as servicer for S,    c/oFrenkelLambertWeissWeisman&GordonLLP,
              80 Main Street,    Suite 460,    West Orange, NJ 07052-5414
516048747    AIM Linwood,    PO Box 786061,    Egg Harbor Township, NJ 08234
516048749   +Atlantic Gastro SurgiCenter, LLC,    3205 Fire Rd., Ste. 3,    Egg Harbor Township, NJ 08234-5884
516048748   +Atlantic Gastro Surgicent,    PO Box 4640,    Rutherford, NJ 07070-0464
516048750   +Atlantic Gastroenterology Assoc.,    3205 Fire Rd.,    Egg Harbor Township, NJ 08234-5884
516048752   +DermOne,    PO Box 4979,    Toms River, NJ 08754-4979
516048753   +E-ZPass,    911 Old Liverpool Rd #2,    Liverpool, NY 13088-5585
516048754   +Genesis Laboratory Management, LLC,    1912 Route 35 South, Ste. 202,    Oakhurst, NJ 07755-2715
516048755   +Mid Atlantic Retina Practice,    PO Box 972,    Bryn Mawr, PA 19010-0972
516048756    OCPI, Inc. CDx Diagnositcs,    382 Route 59, Section 358,    Monsey, NY 10952
516048757   +Regional Internal Medicine,    PO Box 195,    Northfield, NJ 08225-0195
516048758   +Retinal and Opthalmic Consultants, PC,    1500 Tilton Rd.,    Northfield, NJ 08225-1827
516048759   +Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
516048761   +Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA 19182-7103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2016 23:05:17     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2016 23:05:15      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516048746   +E-mail/Text: mary.stewart@abcofcu.org Aug 03 2016 23:06:12      ABCO Federal Credit Union,
              PO Box 247,    Rancocas, NJ 08073-0247
516060686   +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 03 2016 23:31:32
              Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
516310686   +E-mail/Text: bnc@bass-associates.com Aug 03 2016 23:04:28      Cavalry SPV I, LLC,
              c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516048751   +E-mail/Text: apotter@philapark.org Aug 03 2016 23:06:14      City of Philadelphia,
              Parking Violation,    PO box 41818,    Philadelphia, PA 19101-1818
516155252    E-mail/PDF: gecsedi@recoverycorp.com Aug 03 2016 23:02:57      Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
516048760   +E-mail/Text: bankruptcydepartment@tsico.com Aug 03 2016 23:06:05      Transworld Systems, Inc.,
              507 Prudential Rd.,    Horsham, PA 19044-2308
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          +Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2016 at the address(es) listed below:
              Bruno Bellucci, III    on behalf of Debtor Lola M. Lewis jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Denise E. Carlon    on behalf of Creditor    Banco Popular de Puerto Rico dcarlon@kmllawgroup.com,
               dcarlon@zuckergoldberg.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Sean M. O'Brien    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               Secured Creditor Banco Popular de Puerto Rico sobrien@flwlaw.com

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Aug 03, 2016
                              Form ID: pdf901          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Sean M. O'Brien    on behalf of Loss Mitigation    Select Portfolio Servicing, Inc.
         sobrien@flwlaw.com

                                                                                                                                        TOTAL: 5