Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 16–14448–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lola M. Lewis
  202 Gray Ave.
  Egg Harbor Township, NJ 08234

Social Security No.:
  xxx–xx–0072

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 9, 2016, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 35 – 28
Order Approving Interim Confirmation Order (related document:28 Modification of Chapter 13 Plan and Motions – Before Confirmation filed by Debtor Lola M. Lewis). Payments in the amount of $80.00 per month, beginning 9/1/2016. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/9/2016. Final Confirmation hearing to be held on 11/2/2016 at 09:00 AM at JNP – Courtroom 4C, Camden. (cmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 9, 2016
JJW: cmf

                                                                James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-14448-JNP
Lola M. Lewis                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Sep 09, 2016
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
lm              +Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              Bruno  Bellucci, III    on behalf of Debtor Lola M. Lewis jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Denise E. Carlon    on behalf of Creditor   Banco Popular de Puerto Rico dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Sean M. O'Brien    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
               Secured Creditor Banco Popular de Puerto Rico sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Loss Mitigation   Select Portfolio Servicing, Inc.
               sobrien@flwlaw.com
                                                                                             TOTAL: 6