UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruno Bellucci, III, Esquire
Attorney ID# BBIII: 6378
D'ARCY JOHNSON DAY, P.C.
3120 Fire Road, Suite 100
Egg Harbor Township, NJ 08234
(609)641-6200
Attorneys for Debtor(s)

In Re:

Lola M. Lewis

Order Filed on October 28, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-14448

Chapter: 13

Judge: JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 28, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/03/2016_____ :

Property: 202 Gray Ave., Egg Harbor Twp., NJ 08234

Creditor: Select Portfolio Servicing, LLC

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____01/01/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-14448-JNP
Lola M. Lewis                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Oct 28, 2016
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db             +Lola M. Lewis,    202 Gray Ave.,    Egg Harbor Township, NJ 08234-9529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
              Bruno  Bellucci, III    on behalf of Debtor Lola M. Lewis jkearney@djdlawyers.com,
               bbellucci@djdlawyers.com,bfrost@djdlawyers.com
              Denise E. Carlon    on behalf of Creditor   Banco Popular de Puerto Rico dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Sean M. O'Brien    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               Secured Creditor Banco Popular de Puerto Rico sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Loss Mitigation    Select Portfolio Servicing, Inc.
               sobrien@flwlaw.com
                                                                                             TOTAL: 6