**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lola M. Lewis** | Social Security number or ITIN    xxx–xx–0072 |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN    _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of New Jersey** | | Date case filed in chapter  **13**      **3/10/16** |
| Case number:   **16–14448–JNP** | | Date case converted to chapter  **7**      **3/9/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lola M. Lewis | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 202 Gray Ave.<br>Egg Harbor Township, NJ 08234 | |
| 4. | **Debtor's attorney**<br>Name and address | Bruno Bellucci III<br>BellucciLaw, P.C.<br>1201 New Rd.<br>Suite 138<br>Linwood, NJ 08221 | Contact phone 609–601–1500 |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas J Subranni<br>Subranni Zauber LLC<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401 | Contact phone (609) 347–7000 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street <br> Camden, NJ 08102 <br><br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 856–361–2300 <br><br> Date: 3/13/17 |
| **7.** **Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 20, 2017 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **1423 Tilton Road, Suite 5, Northfield, NJ 08225** |
| **8.** **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/19/17** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                            page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-14448-JNP
Lola M. Lewis                                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 13, 2017
                              Form ID: 309A            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db           +Lola M. Lewis,    202 Gray Ave.,    Egg Harbor Township, NJ 08234-9529
tr           +Thomas J Subranni,    Subranni Zauber LLC,    1624 Pacific Avenue,    Atlantic City, NJ 08401-6958
516048747     AIM Linwood,    PO Box 786061,    Egg Harbor Township, NJ 08234
516048749    +Atlantic Gastro SurgiCenter, LLC,    3205 Fire Rd., Ste. 3,    Egg Harbor Township, NJ 08234-5884
516048748    +Atlantic Gastro Surgicent,    PO Box 4640,    Rutherford, NJ 07070-0464
516048750    +Atlantic Gastroenterology Assoc.,    3205 Fire Rd.,    Egg Harbor Township, NJ 08234-5884
516324880    +Banco Popular de Puerto Rico,    Select Portfolio Servicing,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
516048752    +DermOne,    PO Box 4979,    Toms River, NJ 08754-4979
516048753    +E-ZPass,    911 Old Liverpool Rd #2,    Liverpool, NY 13088-5585
516048754    +Genesis Laboratory Management, LLC,    1912 Route 35 South, Ste. 202,    Oakhurst, NJ 07755-2768
516048755    +Mid Atlantic Retina Practice,    PO Box 972,    Bryn Mawr, PA 19010-0972
516048756     OCPI, Inc. CDx Diagnositcs,    382 Route 59, Section 358,    Monsey, NY 10952
516048757    +Regional Internal Medicine,    PO Box 195,    Northfield, NJ 08225-0195
516048758    +Retinal and Opthalmic Consultants, PC,    1500 Tilton Rd.,    Northfield, NJ 08225-1827
516048759    +Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
516048761    +Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA 19182-7103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jkearney@belluccilaw.net Mar 13 2017 22:09:36     Bruno Bellucci, III,
               BellucciLaw, P.C.,    1201 New Rd.,    Suite 138,    Linwood, NJ   08221
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2017 22:09:46     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2017 22:09:46     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516048746    +E-mail/Text: mary.stewart@abcofcu.org Mar 13 2017 22:09:55     ABCO Federal Credit Union,
               PO Box 247,    Rancocas, NJ 08073-0247
516060686    +EDI: AISACG.COM Mar 13 2017 22:08:00      Capital One Auto Finance,
               c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516310686    +EDI: BASSASSOC.COM Mar 13 2017 22:08:00      Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516048751    +E-mail/Text: equiles@philapark.org Mar 13 2017 22:09:56     City of Philadelphia,
               Parking Violation,    PO box 41818,    Philadelphia, PA 19101-1818
516324258     EDI: PRA.COM Mar 13 2017 22:08:00      Portfolio Recovery Associates, LLC,
               c/o Sears Gold Mastercard,    POB 41067,    Norfolk VA 23541
516155252     EDI: RMSC.COM Mar 13 2017 22:08:00      Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
516048760    +E-mail/Text: bankruptcydepartment@tsico.com Mar 13 2017 22:09:54     Transworld Systems, Inc.,
               507 Prudential Rd.,    Horsham, PA 19044-2308
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
              Bruno  Bellucci, III    on behalf of Debtor Lola M. Lewis jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
               ddillhoff@belluccilaw.net

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Mar 13, 2017
                              Form ID: 309A            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    Banco Popular de Puerto Rico dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

          Sean M. O'Brien    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for Secured Creditor Banco Popular de Puerto Rico sobrien@flwlaw.com

          Sean M. O'Brien    on behalf of Loss Mitigation    Select Portfolio Servicing, Inc. sobrien@flwlaw.com

          Thomas J Subranni    trustee@subranni.com, szauber@subranni.com;desk@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com;hinnaurato@subranni.com

          TOTAL: 6

Case 16-14448-JNP    Doc 47    Filed 03/15/17    Entered 03/16/17 00:37:45    Desc Imaged
Certificate of Notice    Page 4 of 4