**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:                                                      Case No.: 16-14448
LEWIS, LOLA M.                                   Chapter 7
                                                                              Judge: Jerrold N. Poslusny, Jr.

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on July 25, 2017 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 202 GRAY AVE., EGG HARBOR TOWNSHIP, NJ 08234 | $92,000.00 | $80,693.84 | $2,106.16 |

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Thomas J. Subranni
Address:       1624 Pacific Avenue, Atlantic City, NJ 08401
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Lola M. Lewis
    Debtor

Case No. 16-14448-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 26, 2017
                        Form ID: pdf905     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.

```
db         +Lola M. Lewis,    202 Gray Ave.,    Egg Harbor Township, NJ 08234-9529
cr         +Select Portfolio Servicing, Inc. as servicer for S,    c/oFrenkelLambertWeissWeisman&GordonLLP,
             80 Main Street,    Suite 460,    West Orange, NJ 07052-5414
516048747   AIM Linwood,    PO Box 786061,    Egg Harbor Township, NJ 08234
516048749  +Atlantic Gastro SurgiCenter, LLC,    3205 Fire Rd., Ste. 3,    Egg Harbor Township, NJ 08234-5884
516048748  +Atlantic Gastro Surgicent,    PO Box 4640,    Rutherford, NJ 07070-0464
516048750  +Atlantic Gastroenterology Assoc.,    3205 Fire Rd.,    Egg Harbor Township, NJ 08234-5884
516324880  +Banco Popular de Puerto Rico,    Select Portfolio Servicing,    P.O. Box 65250,
             Salt Lake City, UT 84165-0250
516048752  +DermOne,    PO Box 4979,    Toms River, NJ 08754-4979
516048753  +E-ZPass,    911 Old Liverpool Rd #2,    Liverpool, NY 13088-5585
516048754  +Genesis Laboratory Management, LLC,    1912 Route 35 South, Ste. 202,    Oakhurst, NJ 07755-2768
516048755  +Mid Atlantic Retina Practice,    PO Box 972,    Bryn Mawr, PA 19010-0972
516048756   OCPI, Inc. CDx Diagnositcs,    382 Route 59, Section 358,    Monsey, NY 10952
516048757  +Regional Internal Medicine,    PO Box 195,    Northfield, NJ 08225-0195
516048758  +Retinal and Opthalmic Consultants, PC,    1500 Tilton Rd.,    Northfield, NJ 08225-1827
516048759  +Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
516048761  +Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA 19182-7103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2017 22:23:38     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2017 22:23:36     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516048746  +E-mail/Text: mary.stewart@abcofcu.org Jun 26 2017 22:24:11     ABCO Federal Credit Union,
             PO Box 247,    Rancocas, NJ 08073-0247
516060686  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 26 2017 22:26:36
             Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
516310686  +E-mail/Text: bnc@bass-associates.com Jun 26 2017 22:23:04     Cavalry SPV I, LLC,
             c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516048751  +E-mail/Text: equiles@philapark.org Jun 26 2017 22:24:14     City of Philadelphia,
             Parking Violation,    PO box 41818,    Philadelphia, PA 19101-1818
516324258   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2017 22:48:12
             Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
             Norfolk VA 23541
516155252   E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2017 22:26:34     Synchrony Bank,
             c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
516048760  +E-mail/Text: bankruptcydepartment@tsico.com Jun 26 2017 22:24:08     Transworld Systems, Inc.,
             507 Prudential Rd.,    Horsham, PA 19044-2308
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*        +Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Jun 26, 2017
                               Form ID: pdf905            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
         Bruno  Bellucci, III    on behalf of Debtor Lola M. Lewis jkearney@belluccilaw.net,
          bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
          jbonner@belluccilaw.net
         Denise E. Carlon    on behalf of Creditor   Banco Popular de Puerto Rico dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Sean M. O'Brien    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
          Secured Creditor Banco Popular de Puerto Rico sobrien@flwlaw.com
         Sean M. O'Brien    on behalf of Loss Mitigation    Select Portfolio Servicing, Inc.
          sobrien@flwlaw.com
         Thomas J Subranni    trustee@subranni.com,
          szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
          tions.com;hinnaurato@subranni.com
         Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
          szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
          tions.com;hinnaurato@subranni.com
                                                                                                                    TOTAL: 7