Form cscnodsc – ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                          Case No.: 16−14448−JNP
                                          Chapter: 7
                                          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lola M. Lewis
    202 Gray Ave.
    Egg Harbor Township, NJ 08234

Social Security No.:
    xxx−xx−0072

Employer's Tax I.D. No.:

---

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: July 27, 2017
JAN: eag

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-14448-JNP
Lola M. Lewis                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jul 27, 2017
                              Form ID: cscnodsc       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
```
db         +Lola M. Lewis,    202 Gray Ave.,    Egg Harbor Township, NJ 08234-9529
cr         +Select Portfolio Servicing, Inc. as servicer for S,    c/oFrenkelLambertWeissWeisman&GordonLLP,
             80 Main Street,    Suite 460,    West Orange, NJ 07052-5414
516048747   AIM Linwood,     PO Box 786061,    Egg Harbor Township, NJ 08234
516048749  +Atlantic Gastro SurgiCenter, LLC,    3205 Fire Rd., Ste. 3,    Egg Harbor Township, NJ 08234-5884
516048748  +Atlantic Gastro Surgicent,    PO Box 4640,    Rutherford, NJ 07070-0464
516048750  +Atlantic Gastroenterology Assoc.,    3205 Fire Rd.,    Egg Harbor Township, NJ 08234-5884
516324880  +Banco Popular de Puerto Rico,    Select Portfolio Servicing,    P.O. Box 65250,
             Salt Lake City, UT 84165-0250
516048752  +DermOne,    PO Box 4979,    Toms River, NJ 08754-4979
516048753  +E-ZPass,    911 Old Liverpool Rd #2,    Liverpool, NY 13088-5585
516048754  +Genesis Laboratory Management, LLC,    1912 Route 35 South, Ste. 202,    Oakhurst, NJ 07755-2768
516048755  +Mid Atlantic Retina Practice,    PO Box 972,    Bryn Mawr, PA 19010-0972
516048756   OCPI, Inc. CDx Diagnositcs,    382 Route 59, Section 358,    Monsey, NY 10952
516048757  +Regional Internal Medicine,    PO Box 195,    Northfield, NJ 08225-0195
516048758  +Retinal and Opthalmic Consultants, PC,    1500 Tilton Rd.,    Northfield, NJ 08225-1827
516048759  +Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
516048761  +Wills Eye Ophthalmology Clinic,    PO Box 827103,    Philadelphia, PA 19182-7103
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:00     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:58     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516048746  +E-mail/Text: mary.stewart@abcofcu.org Jul 27 2017 23:31:32     ABCO Federal Credit Union,
             PO Box 247,    Rancocas, NJ 08073-0247
516060686  +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 27 2017 23:32:36
             Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
516310686  +E-mail/Text: bnc@bass-associates.com Jul 27 2017 23:30:27     Cavalry SPV I, LLC,
             c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516048751  +E-mail/Text: equiles@philapark.org Jul 27 2017 23:31:35     City of Philadelphia,
             Parking Violation,    PO box 41818,    Philadelphia, PA 19101-1818
516324258   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2017 23:32:43
             Portfolio Recovery Associates, LLC,    c/o Sears Gold Mastercard,    POB 41067,
             Norfolk VA 23541
516155252   E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2017 23:38:26     Synchrony Bank,
             c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
516048760  +E-mail/Text: bankruptcydepartment@tsico.com Jul 27 2017 23:31:30     Transworld Systems, Inc.,
             507 Prudential Rd.,    Horsham, PA 19044-2308
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
lm*        +Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Jul 27, 2017
                              Form ID: cscnodsc           Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
        Bruno  Bellucci, III    on behalf of Debtor Lola M. Lewis jkearney@belluccilaw.net,
         bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
         jbonner@belluccilaw.net
        Denise E. Carlon    on behalf of Creditor   Banco Popular de Puerto Rico dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Sean M. O'Brien    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
         Secured Creditor Banco Popular de Puerto Rico sobrien@flwlaw.com
        Sean M. O'Brien    on behalf of Loss Mitigation   Select Portfolio Servicing, Inc.
         sobrien@flwlaw.com
        Thomas J Subranni    trustee@subranni.com,
         szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
         tions.com;hinnaurato@subranni.com
        Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
         szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
         tions.com;hinnaurato@subranni.com
                                                                                                          TOTAL: 7