UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 5, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Lola M. Lewis

Case No.: 16-14448

Hearing Date: 9/5/2017

Judge: JNP

Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: September 5, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____the debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened and the debtor shall file the financial management `certificate within 14 days.`

2. ❏ A Trustee shall be appointed.

   ❏ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within ___14___ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*