**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 5, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Lola M. Lewis

Case No.: 16-14448

Hearing Date: 9/5/2017

Judge: JNP

Chapter: 7

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: September 5, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

      Upon the motion of _____the debtor_____, and for good cause shown, it is

      ORDERED as follows:

1. This case is reopened and the debtor shall file the financial management `certificate within 14 days.`

2. ❏ A Trustee shall be appointed.

   ❏ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ☒ The case shall be reviewed within __14__ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-14448-JNP
Lola M. Lewis                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 08, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db              +Lola M. Lewis,    202 Gray Ave.,    Egg Harbor Township, NJ 08234-9529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:
              Bruno  Bellucci, III    on behalf of Debtor Lola M. Lewis jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,jrosati@belluccilaw.net,kpalermo@belluccilaw.net,
               jbonner@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor   Banco Popular de Puerto Rico dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Sean M. O'Brien    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for
               Secured Creditor Banco Popular de Puerto Rico sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Loss Mitigation   Select Portfolio Servicing, Inc.
               sobrien@flwlaw.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
                                                                                             TOTAL: 7